**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ADILET AKMATBEKOV,** | : | |
| **Petitioner,** | : | |
| | : | |
| **v.** | : | **Civ. No. 26-2148** |
| | : | |
| **JAMAL L. JAMISON,** *et al.*, | : | |
| **Respondents.** | : | |

## O R D E R

**AND NOW**, this 10th day of April, 2026, upon consideration of Adilet Akmatbekov's Petition (Doc. No. 1), Emergency Motion for Temporary Restraining Order (Doc. No. 2), and Respondents' Answer (Doc. No. 7), it is hereby **ORDERED** that the Petition (Doc. No. 1) and Motion (Doc. No. 2) are **GRANTED IN PART** as follows:

1. **Akmatbekov is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2)**, and instead may be detained, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a).  See Demirel v. Federal Detention Ctr. Philadelphia, No. 25-5488, 2025 WL 3218243 (E.D. Pa. Nov. 18, 2025). See also Kourouma v. Jamison, No. 26-182, 2026 WL 120208, at *2–3 (E.D. Pa. Jan. 15, 2026) (Marston, J.) ("The Third Circuit's opinion in Khalil . . . does not change the Court's conclusion.") (citing Khalil v. President, United States of America, Nos. 25-2162 and 25-2357, 2026 WL 111933 (3d Cir. Jan. 15, 2026)); Restrepo v. Jamison, No. 25-6518, 2026 WL 141803, at *5 (E.D. Pa.

Jan. 2020, 2026) (Leeson, J.) (same).

2. All claims against the Acting Director of ICE, Secretary of Homeland Security, DHS, and the Attorney General are **DISMISSED**. See Demirel, No. 25-5488, 2025 WL 3218243, at *2.

3. **On or before April 17, 2026**, Respondents **shall provide** Akmatbekov with a **bond hearing before an Immigration Judge in accordance with 8 U.S.C. § 1226(a)**.

4. Should the IJ deny bond, Respondents **shall provide** Akmatbekov with the opportunity to appeal to the Board of Immigration Appeals.

**AND IT IS SO ORDERED.**

_Paul S. Diamond_  4/10/26
Paul S. Diamond, J.

2
