## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ADILET AKMATBEKOV,
        Petitioner,

    v.

JAMAL L. JAMISON, *et al.*,
        Respondents.

Civ. No. 26-2148

## O R D E R

**AND NOW**, this 16th day of April, 2026, it is hereby **ORDERED** that the Clerk of Court **SHALL close** this case.

**AND IT IS SO ORDERED.**

_____
Paul S. Diamond, J.